873 A.2d 1275

COMMONWEALTH of Pennsylvania, Appellee

v.

Brett FREY, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 2, 2004.

Decided May 16, 2005.

Deborah Albert-Heise, Tunkhannock, for Brett Frey, appellant.

Gerald J. Pappert, Harrisburg, Christopher D. Carusone, Philadelphia, Amy Zapp, Harrisburg, Richard A. Sheetz, Norristown, for the Com. of PA, appellee.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of May, 2005, the appeal is dismissed as having been improvidently granted.